**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)            TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES           NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES           NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES           NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES    NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

I, Craig A. Varga, an attorney, hereby certify that a true and correct copy of the foregoing **Appearance** was served electronically via CM/ECF e-Filing upon:

**James R. Rowe (rowelegal@gmail.com)**

**Larry Daniel Drury (ldrurylaw@aol.com)**

this 16th day of May, 2008.

s/Craig A. Varga