IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, JR., on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 2300 |
| LENDING TREE, LLC a North Carolina Limited Liability Corporation, | ) ) ) ) ) | Judge Zagel |
| Defendant. | ) | |

## (AGREED) MOTION FOR EXTENSION
## TO RESPOND TO COMPLAINT

Defendant, Lending Tree, LLC, by its attorneys, and with the agreement of Plaintiff, moves the Court to enlarge the time for Defendant to respond to the Complaint herein. In support of this motion, Defendant states that:

1. Defendant's response, pursuant to its initial 20 days, is presently due on May 19, 2008;

2. Defendant seeks an additional 21 days, to and including June 9, 2008, in order to assess the claims made in Plaintiff's multi-count putative class action complaint and to formulate Defendant's response thereto.

3. Defendant has not previously requested any extension of its response time to the Complaint.

4. Plaintiff has agreed to this request.

WHEREFORE, Defendant, Lending Tree, Inc. requests that the Court grant Defendant's motion and provide that Defendant's time to answer or otherwise plead be extended to June 9, 2008.

                                          Respectfully submitted,

                                          LENDING TREE, LLC,
                                          Defendant

                                          By:s/  Craig A. Varga
                                                  One of its Attorneys

Craig A. Varga
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

      Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing

**(Agreed) Motion for Extension of Respond to Complaint** was served electronically via

CM/ECF e-Filing upon:

                        **James R. Rowe (rowelegal@gmail.com)**
                        **Larry Daniel Drury (ldrurylaw@acol.com)**

this 16th day of May, 2008.

                                                s/ Craig A. Varga