IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE MILLER, JR., on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 08 C 2300 |
| LENDING TREE, LLC ) a North Carolina Limited Liability ) Corporation, ) ) | Judge Zagel |
| Defendant. ) | |

**NOTICE OF MOTION**

To:   Larry D. Drury
      James R. Rowe
      Larry D. Drury, Ltd.
      205 W. Randolph, Suite 1430
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that I shall appear before the Honorable James B. Zagel, or any judge sitting in his stead in Room 2503 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, June 3, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **(Agreed) Motion for Extension to Respond to Complaint**, a copy of which was previously served upon you.

Respectfully submitted,

LENDING TREE, LLC,
Defendant


By: s/ Craig A. Varga
      One of its Attorneys

Craig A. Varga
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing

**Notice of Motion** was served electronically via CM/ECF e-Filing upon:

**James R. Rowe (rowelegal@gmail.com)**

**Larry Daniel Drury (ldrurylaw@acol.com)**

this 16th day of May, 2008.

s/ Craig A. Varga