## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08cv02300

Eugene Miller, Jr. v. Lending Tree, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Ilan Chorowsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Ilan Chorowsky | |
| FIRM    Larry D. Drury Ltd. | |
| STREET ADDRESS    205 W. Randolph Street, Suite 1430 | |
| CITY/STATE/ZIP    Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Ill. Reg # 6269534 | TELEPHONE NUMBER    312-346-7950 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |