IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUGENE MILLER, JR.**, Individually and on behalf of all others similarly situated,<br>                Plaintiff,<br>    v.<br><br>**LENDING TREE, LLC,** a North Carolina Limited Liability Corporation,<br><br>                Defendant. | No. 1:08-cv-2300<br><br>Honorable Judge James B. Zagel |

## DEFENDANT'S MOTION TO DISMISS UNDER
## FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(3)

Defendant LendingTree, LLC, by its undersigned attorneys, and pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), respectfully requests that the Court dismiss the Complaint brought by Plaintiff Eugene Miller, Jr. In support of its Motion, Defendant has filed the accompanying Memorandum in Support.

WHEREFORE, for the reasons presented in the accompanying Memorandum in Support, Defendant LendingTree, LLC, respectfully request that the Court dismiss Plaintiff's Complaint, and grant such further and additional relief as this Court deems just and proper.

Dated:  June 23, 2008                                    Respectfully submitted,

                                                                       **LENDING TREE, LLC,**
                                                                       *Defendant*

                                                                       By: /s/ David Z. Smith
                                                                                One of Its Attorneys

Mark S. Melodia (admission *pro hac vice* pending)
Paul J. Bond (admission *pro hac vice* pending)
REED SMITH LLP
136 Main Street, Suite 250
Princeton, NJ 08543
(609) 987-0050
(609) 951-0824 fax

David Z. Smith (ARDC No. 6256687)
Marina C. Santini (ARDC No. 6290668)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 fax
dzsmith@reedsmith.com

CHILIB-2187014.1

- 2 -