**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **EUGENE MILLER, JR.**, Individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>  v.<br>**LENDING TREE, LLC,** a North Carolina Limited Liability Corporation,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 1:08-cv-2300<br><br>Honorable Judge James B. Zagel |

**NOTICE OF MOTION**

TO:   Larry D. Drury      ldrurylaw@aol.com
      James R. Rowe       rowelegal@gmail.com
      Ilan J. Chorowsky   ichorowsky@gmail.com

    PLEASE TAKE NOTICE that on Thursday, June 26, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge James B. Zagel, or any other judge sitting in his stead, in Courtroom 2503 in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(3)**, a copy of which is hereby served upon you**.**

Dated:  June 23, 2008                             Respectfully submitted,

                                                                    **LENDING TREE, LLC,**
                                                                      *Defendant*

                                                                      By: /s/ David Z. Smith
                                                                            One of Its Attorneys

- 2 -

Mark S. Melodia (admission *pro hac vice* pending)
Paul J. Bond (admission *pro hac vice* pending)
REED SMITH LLP
136 Main Street, Suite 250
Princeton, NJ 08543
(609) 987-0050
(609) 951-0824 fax

David Z. Smith (ARDC No. 6256687)
Marina C. Santini (ARDC No. 6290668)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 fax
dzsmith@reedsmith.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2008, I electronically filed the foregoing **MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(3); MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(3)** and **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Larry Daniel Drury, ldrurylaw@aol.com
James R. Rowe, rowelegal@gmail.com
Ilan J. Chorowsky, ichorowsky@gmail.com
**Larry D. Drury, Ltd.**

*Counsel for Plaintiff*

          /s/ Marina C. Santini
          Marina C. Santini (ARDC No. 6290668)
          REED SMITH LLP
          10 South Wacker Drive
          Chicago, IL 60606
          Phone:  312.207.1000
          Fax:  312.207.6400
          msantini@reedsmith.com