# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **EUGENE MILLER, JR**., Individually and on behalf of all others similarly situated,<br>  Plaintiff,<br><br>  v.<br><br>**LENDING TREE, LLC,** a North Carolina Limited Liability Corporation,<br>  Defendant. | No. 1:08-cv-2300<br><br>Honorable Judge James B. Zagel |

**DEFENDANT'S RULE 7.1(a) AND LOCAL RULE 3.2(a) DISCLOSURE STATEMENT**

Plaintiff, LendingTree, LLC, by its attorneys, Reed Smith LLP, hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2(a) that:

1. No publicly held corporation owns 10% or more of LendingTree, LLC's stock.

2. LendingTree, LLC's only publicly held affiliate is IAC/InterActiveCorp.

Dated:  June 24, 2008                              Respectfully submitted,

                                                   **LENDING TREE, LLC,**
                                                   *Defendant*

                                                   By: /s/ Marina C. Santini
                                                         One of Its Attorneys

Mark S. Melodia (admission *pro hac vice* pending)
Paul J. Bond (admission *pro hac vice* pending)
REED SMITH LLP
136 Main Street, Suite 250
Princeton, NJ 08543
(609) 987-0050
(609) 951-0824 fax

David Z. Smith (ARDC No. 6256687)
Marina C. Santini (ARDC No. 6290668)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 fax
msantini@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing **DEFENDANT'S RULE 7.1(a) AND LOCAL RULE 3.2(a) DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Larry Daniel Drury, ldrurylaw@aol.com
James R. Rowe, rowelegal@gmail.com
Ilan J. Chorowsky, ichorowsky@gmail.com
**Larry D. Drury, Ltd.**

*Counsel for Plaintiff*

/s/ Marina C. Santini_____
Marina C. Santini (ARDC No. 6290668)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Phone: 312.207.1000
Fax: 312.207.6400
msantini@reedsmith.com