**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eugene Miller Jr.
                      Plaintiff,

v.                                                Case No.: 1:08−cv−02300
                                                   Honorable James B. Zagel

Lending Tree, LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable James B. Zagel:The briefing schedule set in this court's order of 7/9/2008 regarding defendant motion to dismiss is stricken and stayed until further order of court. Status set for 9/30/2008 stand pending an update on the status of proceedings before the Judicial Panel on Multidistrict Litigation.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.